IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLIFTON GANN,

        Plaintiff,　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 14-cv-198-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin against plaintiff Clifton Gann affirming the Commissioner's decision finding that plaintiff is not disabled within the meaning of the Social Security Act and dismissing his appeal.

 

    _____s/ A. Wiseman, Deputy Clerk_____　　　_____March 31, 2015_____
          Peter Oppeneer, Clerk of Court　　　　　　　　　　Date